| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Litsinger, Corey Donald | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Princeton Construction | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):    2669; | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State)<br>6570 McClintocksburg Rd.<br>Newton Falls, OH     ZIPCODE 44444 | Street Address of Joint Debtor (No. & Street, City, and State)<br>ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Portage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE |
|---|

**Type of Debtor** (Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and provide the information requested below)

State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (Applicable to individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:** (Check any applicable box)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy 2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Corey Donald Litsinger |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑   No | ☑   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties sill be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes*

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Corey Donald Litsinger |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Corey Donald Litsinger
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

1/6/05
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to § 1511 of title 1 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney

**X** /s/ Robert M. Whittington, Jr.
Signature of Attorney for Debtor(s)

ROBERT M. WHITTINGTON, JR. 0007851
Printed Name of Attorney for Debtor(s)

Elk, Elk & Whittington
Firm Name

159 S. Main St.
Address

Suite 1023Akron, OH 44308

(330) 384 8484
Telephone Number

1/6/05
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110(c).)

Address

**X**

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy/2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

**FORM 6. SCHEDULES**

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

# United States Bankruptcy Court
## Northern District of Ohio

In re    Corey Donald Litsinger          Case No. _____

                Debtor

Chapter    13 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 206,000.00 | | |
| B – Personal Property | YES | 4 | $ 8,380.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 221,910.97 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 4 | | $ 17,562.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 35,244.13 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 4,238.37 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 3,182.22 |
| **TOTAL** | | 23 | $ 214,380.00 | $ 274,717.36 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

# United States Bankruptcy Court
## Northern District of Ohio

In re    Corey Donald Litsinger

                        Debtor

Case No. _____

Chapter     13 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES
## (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 7,284.13 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 10,278.13 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 17,562.26 |

The foregoing information is for statistical purposes only under 28 U.S.C § 159.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

Form B6A
(10/05)

In re   Corey Donald Litsinger                                      Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 10039 Newton Falls Rd., Paris Township, Ohio <br> See attachment for legal description | Tenancy in Common | | 76,600.00 | 115,488.41 |
| 6570 McClintocksburg Rd., Paris Township, Ohio <br> See attachment for legal description | JTWROS | | 129,400.00 | 106,335.97 |
| | | Total ➤ | 206,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

# Exhibit "A"

PARCEL ONE:  Situated in the Township of Paris, County of Portage and State of Ohio; and known as being part of Lot 20 in Paris Township and further described as follows: Beginning at an iron pipe at the Northeast corner of Sublot No. 5 of Sunshine Spring Lake Subdivision No. 1 as recorded in Plat Book 9, Page 16 in the Portage County Records; thence North 345.35 feet to the grantor's North line; thence East 100.00 feet to an iron pipe at the grantor's Northeast corner; thence South 345.35 feet along the grantor's East line to an iron pipe; thence West 100.00 feet to the beginning.  Containing 0.793 of an acre of land, as surveyed by David J. Collier, Registered Surveyor No. 4819.

PARCEL TWO:  Situated in the Township, County and State aforesaid and known as being part of Lot 20 in Paris Township and further described as follows:  Beginning at an iron pipe at the Northeast corner of Sublot No. 5 of Sunshine Spring Lake Subdivision No. 1 as recorded in Plat Book 9, Page 16 in the Portage County Records; thence East 100.00 feet to an iron pipe in the grantor's East line; thence South 505.65 feet along said East line and West line of R. E. Erbie to the center line of Newton Falls Road and passing over an iron pipe 31.42 feet from the road center; thence South 72 degrees 42' West 104.74 feet along the center line of Newton Falls Road; thence North 536.80 feet along the East line of said Sublot 5 to the beginning and passing over an iron pipe 31.42 feet from the road center.  Containing 1.1966 acres of land, be the same more or less, but subject to all legal highways, as surveyed April 25, 1970 by David J. Collier, Registered Surveyor No. 4819, and being part of the total conveyed by warranty deed to the grantors which is found recorded in Volume 781, Page 75 of the Portage County Record of Deeds.

P.P.N. 27-020-20-00-007-000 and
       27-020-20-00-008-000

10039 Newton Falls Road
Paris Township, Ohio  44266

**Portage County, Ohio**

06-50011-mss     Doc 1     FILED 01/06/06     ENTERED 01/06/06 15:46:03     Page 8 of 65

generated on 1/6/2006 6:52:14 PM EST

# *Portage County, Ohio*

## Summary

| Parcel ID | Address | Index Order | Card |
|---|---|---|---|
| 27-020-20-00-007-000 | 10039 NEWTON FALLS | Owner | 1 of 1 |

### Summary

| | | | |
|---|---|---|---|
| **Property Location** | 10039 NEWTON FALLS | **Story Height** | 1.00 |
| **Tax District** | 27 PARIS TWP-SOUTHEAST LSD | **Finished Square Footage** | 1008 |
| **Land Use** | 511 1-FAMILY DWL 0-9.99 AC | **Year Built** | 1972 |
| **Neighborhood** | 12000 | **Total Rooms** | 5 |
| **Acres** | 1.200 | **Full Bathrooms** | 1 |
| **Tax Year** | 2004 | **Half Bathrooms** | 0 |
| | | **Bedrooms** | 3 |

### Legal Description
**Property Information**
LOT 20

### Owner Information

**Owner Information**
LITSINGER COREY D &
TONIA P ZUMSTEG
10039 NEWTON FALLS
RAVENNA OH 44266

**Mail Information**
LITSINGER COREY &
ZUMSTEG TONIA
6570 MCCLINTOCKSBURG RD
NEWTON FALL SOH 44444

### Assessment Info

| | | | |
|---|---|---|---|
| **Board of Revision** | No | **Mkt. Land** | $16,000 |
| **Homestead/Disability** | No | **Cauv Value** | $0 |
| **2.5% Reduction** | No | **Mkt. Improvement** | $53,800 |
| **Divided Property** | No | **Total** | $69,800 |
| **New Construction** | No | | |
| **Foreclosure** | No | **Annual Taxes** | $857.44 |
| **Other Assessments** | No | **Taxes Paid** | $0.00 |
| **Front Ft.** | 0 | | |

### Recent Sale

| | | | |
|---|---|---|---|
| **Arms Length Sale** | No | **Sale Date** | 2/21/1996 |
| **No. of Parcels** | 2 | **Conveyance No.** | 272 |
| **Deed Type** | | **Deed Number** | |
| **Sale Amount** | $58,000 | | |

# Portage County, Ohio

## Summary

| Parcel ID | Address | Index Order | Card |
|---|---|---|---|
| 27-020-20-00-008-000 | NEWTON FALLS | Owner | 1 of 1 |

### Summary

| | | | |
|---|---|---|---|
| Property Location | NEWTON FALLS | Story Height | |
| Tax District | 27 PARIS TWP-SOUTHEAST LSD | Finished Square Footage | 0 |
| Land Use | 501 VAC LND 0-9.99 AC | Year Built | 0 |
| Neighborhood | 12000 | Total Rooms | 0 |
| Acres | 0.790 | Full Bathrooms | 0 |
| Tax Year | 2004 | Half Bathrooms | 0 |
| | | Bedrooms | 0 |

### Legal Description
**Property Information**
LOT 20 NW

### Owner Information

**Owner Information**
LITSINGER COREY D &
TONIA P ZUMSTEG
10039 NEWTON FALLS
RAVENNA OH 44266

**Mail Information**
LITSINGER COREY &
ZUMSTEG TONIA
6570 MCCLINTOCKSBURG RD
NEWTON FALL SOH 44444

### Assessment Info

| | | | |
|---|---|---|---|
| Board of Revision | No | Mkt. Land | $6,800 |
| Homestead/Disability | No | Cauv Value | $0 |
| 2.5% Reduction | No | Mkt. Improvement | $0 |
| Divided Property | No | Total | $6,800 |
| New Construction | No | | |
| Foreclosure | No | Annual Taxes | $83.54 |
| Other Assessments | No | Taxes Paid | $0.00 |
| Front Ft. | 0 | | |

### Recent Sale

| | | | |
|---|---|---|---|
| Arms Length Sale | No | Sale Date | 6/21/1996 |
| No. of Parcels | 2 | Conveyance No. | 272 |
| Deed Type | | Deed Number | |
| Sale Amount | $58,000 | | |

EXHIBIT A:

LEGAL DESCRIPTION:
PARCEL #27-021-00-00-023-000

SITUATED IN THE TOWNSHIP OF PARIS, CITY OF NEWTON FALLS, COUNTY OF PORTAGE AND STATE OF OHIO:
AND KNOWN AS BEING A PART OF LOT 21 OF SAID TOWNSHIP AND FURTHER DESCRIBED AS FOLLOWS:
BEGINNING AT A POINT IN THE CENTERLINE OF T.H. 194, McMULLEN ROAD AT THE SOUTHEASTERLY CORNER OF LOT 21; THENCE NORTH 89° 03' 50" WEST ALONG THE SOUTHERLY LINE OF LOT 21 A DISTANCE OF 2115.00 FEET TO A POINT AT THE SOUTHEASTERLY CORNER OF LAND NOW OR FORMERLY OWNED BY F.E. & B.Z. HARNAR; THENCE NORTH 06° 33' 35" WEST, A DISTANCE OF 5743.00 FEET ALONG THE EASTERLY LINE OF SAID HARNAR TO AN I.P. IN THE NORTHEAST CORNER OF SAID HARNAR, WHICH IS THE TRUE PLACE OF BEGINNING; THENCE NORTH 88° 59' 39" WEST, A DISTANCE OF 970.00 FEET ALONG THE NORTHERLY LINE OF SAID HARNAR TO AN I.P.; THENCE NORTH A DISTANCE OF 511.79 FEET TO AN I.P.; THENCE NORTH 65° 24' 50" WEST, (PASSING OVER AN I.P. AT 450.76 FEET) A DISTANCE OF 481.29 FEET TO A POINT IN THE CENTERLINE OF C.H. 135, McCLINTOCKSBURG ROAD; THENCE NORTH 35° 15' 10" EAST ALONG THE CENTERLINE OF C.H. 135, McCLINTOCKSBURG ROAD AND C.H. 77, NEWTON FALLS ROAD A DISTANCE OF 100.00 FEET TO A POINT; THENCE SOUTH 65° 24' 50" EAST (PASSING OVER AN I.P. AT 30.53 FEET) A DISTANCE OF 914.39 FEET ALONG THE SOUTHERLY LINE OF PROPERTY OWNED BY R.E. HILLEGAS TO AN I.P.); THENCE SOUTH 88° 59' 39" EAST A DISTANCE OF 518.36 FEET ALONG THE SOUTHERLY LINE OF SAID HILLEGAS TO AN I.P. IN THE WESTERLY LINE OF PROPERTY OWNED BY L.T. WHITE; THENCE SOUTH A DISTANCE OF 421.17 FEET ALONG THE WESTERLY LINE OF SAID WHITE TO THE TRUE PLACE OF BEGINNING AND CONTAINING 11.420 ACRES OF LAND MORE OR LESS. THE ABOVE DESCRIPTION AS SURVEYED BY ALBERT SZUCH IS A COMBINATION OF PARCELS 12 AND 13 FROM A SURVEY BY ALBERT SZUCH, REGISTERED SURVEYOR NO. 5390 AS PREPARED BY EDWARD P. WANCHICK, REGISTERED SURVEYOR NO. 5756 FROM A PLAT ON FILE AT THE PORTAGE COUNTY TAX MAP DEPT.

END OF REPORT

*Louis E. Dudek  Jr*
Louis E. Dudek for Franklin Mills Title Company, LTD.

LED/teg

The within report contains information obtained from certain of those public records which by law impart constructive notice of matters relating to said land and which are required by law to be maintained in public offices in the county in which the land is situated. Accordingly, this report is based upon such information as is available from the county recorder, the clerk of courts of common pleas and the county treasurer. It is limited to the period within the search dates set forth and is provided for the benefit of the named party only. In no way is the report intended to be, nor shall it deem to be an opinion of title or any form of title insurance.

# *Portage County, Ohio*

*generated on 1/4/2006 6:59:42 PM EST*

## Summary

| Parcel ID | Address | Index Order | Card |
|---|---|---|---|
| 27-021-00-00-023-000 | 6570 MCCLINTOCKSBURG RD | Parcel ID | 1 of 1 |

### Summary

| | | | |
|---|---|---|---|
| **Property Location** | 6570 MCCLINTOCKSBURG RD | **Story Height** | 1.00 |
| **Tax District** | 27 PARIS TWP-SOUTHEAST LSD | **Finished Square Footage** | 1086 |
| **Land Use** | 511 1-FAMILY DWL 0-9.99 AC | **Year Built** | 1974 |
| **Neighborhood** | 12000 | **Total Rooms** | 5 |
| **Acres** | 11.420 | **Full Bathrooms** | 1 |
| **Tax Year** | 2004 | **Half Bathrooms** | 0 |
| | | **Bedrooms** | 3 |

### Legal Description
**Property Information**
COR LOT 21 SE

### Owner Information

| **Owner Information** | **Mail Information** |
|---|---|
| LITSINGER CORY & TONIA P | LITSINGER COREY & |
| ZUMSTEG (J&S) | ZUMSTEG TONIA |
| 6570 MCCLINTOCKSBURG RD | 6570 MCCLINTOCKSBURG RD |
| NEWTON FALLS OH 44444 | NEWTON FALLS OH 44444 |

### Assessment Info

| | | | |
|---|---|---|---|
| **Board of Revision** | No | **Mkt. Land** | $48,400 |
| **Homestead/Disability** | No | **Cauv Value** | $0 |
| **2.5% Reduction** | Yes | **Mkt. Improvement** | $81,000 |
| **Divided Property** | No | **Total** | $129,400 |
| **New Construction** | No | | |
| **Foreclosure** | No | **Annual Taxes** | $1,561.24 |
| **Other Assessments** | No | **Taxes Paid** | $0.00 |
| **Front Ft.** | 0 | | |

### Recent Sale

| | | | |
|---|---|---|---|
| **Arms Length Sale** | No | **Sale Date** | 3/24/1995 |
| **No. of Parcels** | 1 | **Conveyance No.** | 440 |
| **Deed Type** | | **Deed Number** | |
| **Sale Amount** | $76,210 | | |

**In re**   Corey Donald Litsinger                           **Case No.** _____

                **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on hand | | 15.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business checking account, Huntington Nat'l. Bank, Ravenna | | 1,000.00 |
| | | Savings account, Payco Federal Credit Union | | 125.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 3 beds | | 100.00 |
| | | 3 dressers | | 20.00 |
| | | Couch | | 150.00 |
| | | Chair | | 10.00 |
| | | 2 end tables, coffee table | | 20.00 |
| | | Washing machine | | 50.00 |
| | | Clothes dryer | | 50.00 |
| | | Television set | | 50.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger
_____          Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Video cassette recorder | | 20.00 |
| | | Kitchen table, chairs | | 50.00 |
| | | Cooking equipment, pots and pans | | 50.00 |
| | | Stove | | 100.00 |
| | | Mircowave oven | | 20.00 |
| | | Refrigerator | | 200.00 |
| | | Freezer | | 50.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Clothes | | 100.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance, Cumming Mutual | | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger                    Case No. _____
            **Debtor**                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1978 Ford Thunderbird automobile | | 2,000.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger          Case No. _____

        **Debtor**                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1971 Ford E-350 1 ton dump truck | | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Computer and miscellaneous tools | | 750.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 head of cattle | | 700.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Mower | | 600.00 |
| | | Gravity wagon | | 150.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

          ____0____ continuation sheets attached      Total    $      8,380.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re  Corey Donald Litsinger                                    Case No. _____

_____

**Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2):

☑  11 U.S.C. § 522(b)(3):

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 6570 McClintocksburg Rd., Paris Township, Ohio | Ohio Rev. Code §2329.66 (A)(1)(b) | 5,000.00 | 129,400.00 |
| Cash on hand | Ohio Rev. Code §2329.66 (A)(4)(a) | 15.00 | 15.00 |
| Business checking account, Huntington Nat'l. Bank, Ravenna | Ohio Rev. Code §2329.66 (A)(4)(a) | 400.00 | 1,000.00 |
| 3 beds | Ohio Rev. Code §2329.66 (A)(3) | 100.00 | 100.00 |
| 3 dressers | Ohio Rev. Code §2329.66 (A)(4)(b) | 20.00 | 20.00 |
| Couch | Ohio Rev. Code §2329.66 (A)(4)(b) | 150.00 | 150.00 |
| Chair | Ohio Rev. Code §2329.66 (A)(4)(b) | 10.00 | 10.00 |
| 2 end tables, coffee table | Ohio Rev. Code §2329.66 (A)(4)(b) | 20.00 | 20.00 |
| Washing machine | Ohio Rev. Code §2329.66 (A)(4)(b) | 50.00 | 50.00 |
| Clothes dryer | Ohio Rev. Code §2329.66 (A)(4)(b) | 50.00 | 50.00 |
| Television set | Ohio Rev. Code §2329.66 (A)(4)(b) | 50.00 | 50.00 |
| Video cassette recorder | Ohio Rev. Code §2329.66 (A)(4)(b) | 20.00 | 20.00 |
| Kitchen table, chairs | Ohio Rev. Code §2329.66 (A)(4)(b) | 50.00 | 50.00 |
| Cooking equipment, pots and pans | Ohio Rev. Code §2329.66 (A)(4)(b) | 50.00 | 50.00 |
| Stove | Ohio Rev. Code §2329.66 (A)(3) | 100.00 | 100.00 |
| Mircowave oven | Ohio Rev. Code §2329.66 (A)(3) | 20.00 | 20.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger                                    Case No. _____

           **Debtor**                                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Refrigerator | Ohio Rev. Code §2329.66 (A)(3) | 200.00 | 200.00 |
| Freezer | Ohio Rev. Code §2329.66 (A)(3) | 50.00 | 50.00 |
| Clothes | Ohio Rev. Code §2329.66 (A)(3) | 100.00 | 100.00 |
| Term life insurance, Cumming Mutual | Ohio Rev. Code §2329.66 (A)(6)(b) | 0.00<br>100% exempt | 0.00 |
| Mower | Ohio Rev. Code §2329.66 (A)(18) | 400.00 | 600.00 |
| Computer and miscellaneous tools | Ohio Rev. Code §2329.66 (A)(5) | 750.00 | 750.00 |
| 1978 Ford Thunderbird automobile | Ohio Rev. Code §2329.66 (A)(2) | 1,000.00 | 2,000.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

Form B6D
(10/05)

**In re** _____ Corey Donald Litsinger _____ ,     Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." See 11 U.S.C §112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bank of New York Trustee c/o Fairbanks Capital P.O. Box 1900 Hatboro, PA 19090 | X | | Incurred: 2003<br>Lien: First Mortgage<br>Security: 6570 McClintocksburg Rd., Paris Twsp., OH<br>Pending foreclosure, Portage Co. Common Pleas 2004 CV 00098<br><br>VALUE $     129,400.00 | | | | 106,335.97 | 0.00 |
| ACCOUNT NO.<br><br>Steven L. Sacks, Esq. P.O. Box 5480 Cincinnati, OH 45201-5480 | | | Notify with respect to claim of The Bank of NY, Trustee<br><br>VALUE $     0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>The Bank of New York, Trustee c/o Kirk Sampson, Esq. P.O. Box 5480 Cincinnati, OH 45201-5480 | X | | Incurred: 2001<br>Lien: First Mortgage<br>Security: 10039 Newton Falls Rd., Paris Twsp. Ohio<br>Pending foreclosure, Portage Co. Common Pleas 2003 CV 01368<br><br>VALUE $     76,600.00 | | | | 115,575.00 | 38,975.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

_____0_____ continuation sheets attached

Subtotal ▶ $    221,910.97
(Total of this page)
Total ▶ $    221,910.97
(Use only on last page)
(Report total also on Summary of Schedules)

In re Corey Donald Litsinger                                    ,        Case No._____
                        Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the subsection of the Bankruptcy Code described below which assigns the priority, such as "Sec. 507(a)(4)."

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. On the last sheet of this Schedule E, report the total of all claims entitled to priority under § 507(a)(1) and § 507(a)(8) in the box labeled "Total of Claims Entitled to Priority under §§ 507(a)(1) and (a)(8)" and report separately the total of all other claims in the box labeled "Total of ALL Claims Entitled to Priority." Report these totals also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑  **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifyin independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or th cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger                                    ,          Case No._____
                        Debtor                                                                          (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., - ver. 4.0.0-655 - 30841

   __2__ continuation sheets attached

Form B6E - Cont.
(10/05)

In re __Corey Donald Litsinger_____,  Case No. _____
            **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(1)

**TYPE OF PRIORITY  (Example: "Sec. 507(a)(1)")**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions .) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7032863461<br><br>Summit Co. CSEA<br>175 S. Main St.<br>Akron, OH 44308 | | | Incurred: 2002<br>Consideration: Child support arrearages | | | | 7,284.13 | 7,284.13 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 7,284.13
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

Form B6E - Cont.
(10/05)

In re　Corey Donald Litsinger　,　Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)　　Sec. 507(a)(8)

TYPE OF PRIORITY  (Example: "Sec. 507(a)(1)")

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions .) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | Incurred: 2003<br>Consideration: 2001, 2003 federal income taxes | | | | 9,387.13 | 9,387.13 |
| ACCOUNT NO.<br><br>Portage County Treasurer<br>449 S. Meridian St., 1st Floor<br>Ravenna, OH 44266 | | | Incurred: 2005<br>Consideration: Real estate taxes due | | | | 891.00 | 891.00 |
| ACCOUNT NO.<br><br>U.S. Attorney<br>801 W. Superior Ave., #400<br>Cleveland, OH 44113-1852 | | | Notify with respect to claim of IRS | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>U.S. Department of Justice<br>Tax Division<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | | | Notify with respect to claim of iIRS | | | | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ | $ | 10,278.13
(Total of this page)
Total ➤ | $ | 17,562.26
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re ___Corey Donald Litsinger_____,     Case No. _____

**Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. Proc. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Academy Collection Service <br> 10965 Decatur Rd. <br> Philadelphia, PA 19154-3210 | | | Notify with respect to claim of Citibank SD | | | | Notice Only |
| ACCOUNT NO.  1995 <br><br> Aspire <br> P.O. Box 105341 <br> Atlanta, GA 30348-5341 | | | Incurred: Unknown <br> Consideration: Credit card debt | | | | 4,513.57 |
| ACCOUNT NO. <br><br> Associated Recovery Sys. <br> 201 W. Grand Ave. <br> Escondido, CA 92025 | | | Notify with respect to claim of Capital One | | | | Notice Only |
| ACCOUNT NO. <br><br> Beneficial <br> P.O. Box 8873 <br> Virginia Beach, VA 23450-8873 | | | Notify with respect to claim of Household | | | | Notice Only |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 4.00-655 - 30841

_6_____continuation sheets attached

Subtotal ➤ $    4,513.57
(Total of this page)

Total ➤ $
(Use only on last page)

(Report total also on Summary of Schedules)

In re <u>Corey Donald Litsinger</u> ,     Case No. _____
         **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0986<br><br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | | Incurred: Unknown<br>Consideration: Credit card debt | | | | 3,098.29 |
| ACCOUNT NO. 0404<br><br>Capital One Services<br>P.O. Box 85015<br>Richmond, VA 23285-5015 | | | Incurred: Unknown<br>Consideration: Credit card debt | | | | 2,079.53 |
| ACCOUNT NO. 8709<br><br>Citibank<br>P.O. Box 8105<br>S. Hackensack, NJ 07606-8105 | | | Incurred: Unknown<br>Consideration: Credit card debt | | | | 3,968.57 |
| ACCOUNT NO.<br><br>Collectors Training Inst. of Ill.<br>P.O. Box 4783<br>Chicago, IL 60680-4783 | | | Notify with respect to claim of Walmart | | | | Notice Only |
| ACCOUNT NO.<br><br>Davis Law Associates<br>2655 Camino Del Rio N. #203<br>San Diego, CA 92108 | | | Notify with respect to claim of Aspire | | | | Notice Only |

Sheet no. <u>1</u> of <u>6</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $     9,146.39
(Total of this page)
Total ▶  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger                                    ,          Case No. _____
          **Debtor**                                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Encore Receivable Mgt.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | | | Notify with respect to claim of Citibank | | | | Notice Only |
| ACCOUNT NO.<br><br>FHA/HUD<br>1350 Euclid Ave.<br>Cleveland, OH 44115 | | | Notify with respect to claim of UC Lending | | | | Notice Only |
| ACCOUNT NO.<br><br>First Energy Solutions<br>395 Ghent Rd.<br>Akron, OH 44333 | | | Notify with respect to claim of Ohio Edison | | | | Notice Only |
| ACCOUNT NO.   5368<br><br>GC Services<br>P.O. Box 2667<br>Houston, TX 77252-2667 | | | Incurred: Unknown<br>Consideration: Misc. purchases<br>Notify with respect to claim of MCI | | | | Notice Only |
| ACCOUNT NO.<br><br>George and Denise Hysam<br>2610 St. Rt. 225<br>Deerfield, OH 44411 | | | Incurred: 2004<br>Consideration: Disputed third party breach of contract claim<br>Pending suit, Portage Co. Common Pleas, Sterling Wilson v. George Hysam, et al.<br>2005 CV 01330 | X | X | | Unknown |

Sheet no. __2__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $                    0.00
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger_____,   Case No. _____
       **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8720<br><br>Household Bank<br>2700 Sanders Rd.<br>Prospect Hts., IL 60070 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 6,900.75 |
| ACCOUNT NO.<br><br>Les Howe<br>6560 McClintocksburg Rd.<br>Newton Falls, OH 44444 | | | Incurred: 2004 | | | | 500.00 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | Incurred: 2001<br>Consideration: 2001 federal income taxes | | | | 2,962.07 |
| ACCOUNT NO.<br><br>David Looney, Esq.<br>1735 S. Main St.<br>Akron, OH 44301 | | | Notify with respect to claim of Georgy Hysam | | | | Notice Only |
| ACCOUNT NO.  7016<br><br>Lowes<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 1,222.23 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 -  30841

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      11,585.05
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

In re  Corey Donald Litsinger                          ,          Case No. _____
                **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3816<br><br>LVNV Funding c/o<br>Risk Managment Alternatives<br>880 Grier Dr.<br>Las Vegas, NV 89119 | | | Incurred: Unknown<br>Consideration: Credit card debt | | | | 1,807.42 |
| ACCOUNT NO.<br><br>MCI<br>22001 Loudoun County Pkwy.<br>Ashburn, VA 20147 | | | Incurred: Unknown<br>Consideration: Telephone service | | | | 439.15 |
| ACCOUNT NO.<br><br>NCO Financial Systems<br>209 E. Washington #320<br>Jackson, MI 49201 | | | Notify with respect to claim of Ohio Edison | | | | Notice Only |
| ACCOUNT NO. 9737<br><br>Ohio Edison<br>1910 W. Market St.<br>Akron, OH 44313 | | | Incurred: Unknown<br>Consideration: Electric utility service | | | | 639.29 |
| ACCOUNT NO.<br><br>Professional Recovery Svcs.<br>P.O. Box 1880<br>Vorhees, NJ 08043 | | | Notify with respect to claim of Household | | | | Notice Only |

Sheet no. __4__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $          2,885.86
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

Form B6F - Cont.
(10/05)

In re <u>Corey Donald Litsinger</u> ,     Case No. _____
         **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John Reinhardt<br>Warren-Burton Rd.<br>Southington, OH 44470 | | | Incurred: 2005<br>Consideration: Truck lease<br>Lease of 1999 Ford F-250 truck | | | | 4,500.00 |
| ACCOUNT NO.<br><br>Risk Management Alternatives<br>1500 Commerce Dr.<br>Mendota Hts., MN 55120 | | | Notify with respect to claim of Citibank/Sears | | | | Notice Only |
| ACCOUNT NO.<br><br>Sears<br>P.O. Box 182149<br>Columbus, OH 43218-2149 | | | Incurred: Unknown<br>Consideration: Credit card debt | | | | 1,762.04 |
| ACCOUNT NO.<br><br>Sentry Credit Inc.<br>2809 Grand Ave.<br>Everett, WA 98201 | | | Notify with respect to claim of Household | | | | Notice Only |
| ACCOUNT NO.<br><br>William Simon, Esq.<br>213 S. Chestnut St.<br>Ravenna, OH 44266 | | | Notify with respect to claim of George Hysam | | | | Notice Only |

Sheet no. <u>5</u> of <u>6</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $     6,262.04
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re  Corey Donald Litsinger                                    ,        Case No. _____
       **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>UC Lending<br>10049 N. Reiger Rd.<br>Baton Rouge, LA 70809 | | | Incurred: Unknown<br>Consideration: Deficiency, if any, following foreclosure on real estate<br>Personal liability for foreclosed mtg. on real estate at 8918 Creamery St., Wayland, OH | | | X | Unknown |
| ACCOUNT NO. <br><br>Viking Collection Service<br>7500 Office Ridge Circle<br>Eden Prairie, MN 55344-3678 | | | Notify with respect to claim of Capital One | | | | Notice Only |
| ACCOUNT NO. <br><br>Walmart<br>P.O. Box 9769<br>Macon, GA 31297-9769 | | | Incurred: 2005<br>Consideration: Credit card debt | | | | 851.22 |
| ACCOUNT NO. <br><br>Sterling Wilson<br>5593 New Milford Rd.<br>Ravenna, OH 44266 | | | Notify with respect to claim of George Hysam | | | | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 851.22
(Total of this page)
Total ▶ | $ | 35,244.13
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re    Corey Donald Litsinger             Case No. _____
                **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| John Reinhardt<br>Warren-Burton Rd.<br>Southington, OH 44470 | Lease of 1999 Ford F-250 truck<br>$400/mo. |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., - ver. 4.0.0-655 - 30841

**In re** <u>Corey Donald Litsinger</u>   **Case No.** _____
   **Debtor**              **(if known)**

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Tonia Zumsted-Ostrander<br>984 Farr Rd.<br>Akron, OH 44319 | Bank of New York Trustee<br>c/o Fairbanks Capital<br>P.O. Box 1900<br>Hatboro, PA 19090 |
| Tonia Zumsted-Ostrander<br>984 Farr Rd.<br>Akron, OH 44319 | The Bank of New York, Trustee<br>c/o Kirk Sampson, Esq.<br>P.O. Box 5480<br>Cincinnati, OH 45201-5480 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

In re   Corey Donald Litsinger
_____   Case No. _____
          Debtor                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>daughter<br>son | AGE<br>10<br>8 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self employed contractor | |
| Name of Employer | dba Princeton Construction | |
| How long employed | 19 years | |
| Address of Employer | 6570 McClintocksburg Rd. | N.A. |
| | Newton Falls, OH 44444 | |

**Income:** (Estimate of monthly income as of the filing of the petition)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ N.A. |
| 3. | SUBTOTAL | $ 0.00 | $ N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ N.A. |
| | b. Insurance | $ 0.00 | $ N.A. |
| | c. Union Dues | $ 0.00 | $ N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 4,238.37 | $ N.A. |
| 8. | Income from real property | $ 0.00 | $ N.A. |
| 9. | Interest and dividends | $ 0.00 | $ N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ N.A. |
| 11. | Social security or other government assistance (Specify)_____ | $ 0.00 | $ N.A. |
| | | $ 0.00 | $ N.A. |
| 12. | Pension or retirement income | | |
| 13. | Other monthly income_____ (Specify)_____ | $ 0.00 | $ N.A. |
| | | $ 0.00 | $ N.A. |
| 14. | SUBTOTAL OF INCOME REPORTED ONLINES 7 THROUGH 13 | $ 4,238.37 | $ N.A. |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on Lines 6 through 14.) | $ 4,238.37 | $ N.A. |

16.  TOTAL COMBINED MONTHLY INCOME    $ 4,238.37          (Report also on Summary of Schedules)

17.  Describe any increase [or decrease] in income anticipated to occur within the year following the filing of this document:

    None

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 4.0.0-655 - 30841

## Profit and Loss Princeton Construction

| | |
|---|---|
| June 2005 gross receipts | $5,120.00 |
| June business expenses | $2,366.57 |
| Net profit: | **$2,752.43** |
| July 2005 gross receipts | $2,700.00 |
| July business expenses | $1,529.80 |
| Net profit: | **$1,170.20** |
| August 2005 gross receipts | $11,304.00 |
| August business expenses | $3,049.46 |
| Net profit: | **$8,254.54** |
| September 2005 gross receipts | $11,731.51 |
| September business expenses | $7,699.31 |
| Net profit: | **$4,032.20** |
| October 2005 gross receipts | $16,535.00 |
| October business expenses | $11,552.49 |
| Net profit: | **$4,982.51** |
| Average net profit for above 5 months: | **$4,238.37** |

Note that as the debtor has listed the car lease as a business expense, this is not listed on schedule J to avoid double-counting. Likewise, the gasoline shown on schedule J is for the debtor's personal use as the debtor has included fuel ("BP") as a business expense.

June Deposits

1200.00
2500.00
1025.00
395.00

TOTAL $5120.00

NSF Item fee

31.00 × 6    TOTAL $186.00

# June Personal

| | |
|---|---|
| 99.95 | Family Care |
| 95.71 | DirecTV |
| 148.00 | Jeweler acct |
| 100.00 | Old Navy |
| 130.00 | JcPenney |
| 200.00 | Cash |
| 39.00 | Cuna Mutual |
| 200.00 | Capital One |
| 111.75 | Safeco Ins |
| 110.00 | US Treasury |
| 195.00 | Rental |

Total $1429.41

# June Business

| | |
|---|---|
| 437.66 | Att |
| 160.00 | Sub |
| 59.14 | Becker |
| 1459.77 | Carter |
| 250.00 | BP |

Total $2366.57

# July Personal

| | |
|---|---|
| 99.95 | Family Care |
| 50.00 | Congrats Meagan |
| 994.75 | Livestock |
| 371.00 | Feeds Supply |

Total $1515.70

# July Business

1529.80   Carter

Total   $152980

# Deposits

$ 1100.00
$ 1600.00

Total $ 2700.00

# NSF Item Fee

31.00
31.00

Total   $161.00

$450.00 Returned Deposit Item

August Deposits

```
3000.00
4579.00
 400.00
3325.00
```

Total $11304.00

# August Business

| | |
|---|---|
| 200.00 | BP |
| 100.00 | Sprint |
| 118.00 | Dump Tires |
| 209.49 | Cingular |
| 67.20 | Dumpster |
| 177.00 | Yellow Pages |
| 120.00 | Carter |
| 800.00 | Truck Payment |
| 266.94 | Truck |
| 293.83 | Zipp auto Truck |
| 250.00 | Sub |
| 150.00 | Sub |
| 165.00 | Sub |
| 92.00 | Sub |
| 100.00 | Sub |

Total $3049.46

Sept Deposits

1950.00
1154.51
2500.00
2000.00
4127.00
     Total $11,731.51


Nsf Item fee
31.00
31.00
     Total $62.00

# Sept Business

| | |
|---|---|
| 80.81 | Cingular |
| 286.18 | BP |
| 849.43 | Carter |
| 202.46 | Sprint |
| 355.96 | Truck Andretti ford |
| 142.50 | Sub |
| 230.00 | Sub |
| 195.70 | Hartville Contractors |
| 959.01 | Carter |
| 282.41 | Carter |
| 241.50 | Sub |
| 207.50 | Sub |
| 1081.40 | Carter |
| 235.15 | Truck |
| 394.21 | Sub |
| 138.00 | Sub |
| 400.00 | Truck Payment |
| 284.00 | Sub |
| 300.00 | Sub |
| 280.59 | Sprint |
| 312.50 | Sub |
| 240.00 | Sub |
| | TOTAl $7699.31 |

Oct Deposits

6550.00
1400.00
1800.00
4785.00
2000.00

Total 16,535 00

# Oct Business

| | |
|---|---|
| 500.00 | BP |
| 79.59 | Cingular |
| 325.00 | Sub |
| 207.50 | Sub |
| 350.00 | Sub |
| 150.00 | Sub |
| 192.50 | Sub |
| 385.00 | Sub |
| 500.00 | Shingles |
| 400.00 | Truck Payment |
| 262.49 | Job Signs |
| 354.00 | Sub |
| 51.90 | Dumpster |
| 1011.42 | Carter |
| 74.51 | Carter |
| 440.00 | Sub |
| 461.50 | Sub |
| 390.30 | Carter |
| 1156.99 | Truck (Andrew) |
| 625.00 | Progressive |
| 475.00 | Sub |
| 74.02 | Sprint |
| 262.50 | Air gun |
| 481.00 | Sub |
| 220.00 | JP Builders |

360.00   Sub
435.50   Sub
433.27   Carter
  84.00   Sub
344.50   Sub
465.00   Sub

TOTal  11,552.49

In re    Corey Donald Litsinger                                          Case No. _____
                        **Debtor**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 811.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | |
| b. Is property insurance included? Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 200.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 67.00 |
| d. Other Trash removal | | $ 33.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 420.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 50.00 |
| 8. Transportation (not including car payments) | | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 64.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 97.00 |
| d. Auto | | $ 256.00 |
| e. Other_____(truck payment is ded. as business expense) | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____Real estate taxes | | $ 110.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 724.22 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $ 3,182.22 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this
document:   None

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Total projected monthly income | | $ 4,238.37 |
| b. Total projected monthly expenses | | $ 3,182.22 |
| c. Monthly net income (a. minus b.) | | $ 1,056.15 |

*[Chapter 12 and 13 Debtors Only: State amount and whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.]*

21. Total amount to be paid into plan $_____0.00_____each _____0.00_____(interval).

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

Official Form 6-Decl.
(10/05)

In re    Corey Donald Litsinger           Case No. _____

            **Debtor**                                                **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1.)*

Date   1/6/05 _____            Signature :   /s/ Corey Donald Litsinger _____

                                                                 Debtor:

Date _____                Signature :   Not Applicable _____

                                                         (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____             _____

Printed or Typed Name of Bankruptcy Petition Preparer             Social Security No.

                                                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____             _____

     Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1.)*

Date _____               Signature : _____

                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In Re   Corey Donald Litsinger       Case No. _____
                                                           (if known)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2006 | 0 | |
| 2005 | Unknown | |
| 2004 | $50,347.00 | Self-employment |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

**2. Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                            SOURCE

---

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| John Reinhardt Warren-Burton Rd. Southington, OH 44470 | Monthly, past 90 days | $1,200.00 | $4,500.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

None
☐ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Les Howe<br>6568 McClintocksburg Rd.<br>Newton Falls, OH<br>Relationship: Neighbor | 8/05 | $2,000 | $500.00 |
| Zelma Sarrace<br>10241 Newton Falls Rd.<br>Newton Falls, OH 44444<br>Relationship: Friend | 8/05 | $1,000.00 | -0- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sterling v. Hysam, et al<br>2005 CV 01330 | Breach of contract, 3d party complaint | Portage Co. Common Pleas | Pending |
| Bank of NY, Trustee v. Litsinger, et al<br>2004 CV 00098 | Foreclosure | Portage Co. Court of Common Pleas | Pending |
| Bank of NY, Trustee v. Litsinger, et al.<br>2003 CV 01368 | Foreclosure | Portage Co. Court of Common Pleas | Pending |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 4.0.0-655 - 30841

None  b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.   Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc.-.ver. 4.0.0-655 - 30841

**7. Gifts**

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Corey Hinkle Roostown, OH | Nephew | 2005 | $200.00 cash |

**8. Losses**

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert M. Whittington, Jr. Elk, Elk & Whittington 159 S. Main St. Suite 1023 Akron, OH 44308 | 1/3/06 | $600.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

**10. Other transfers**

None ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sterling Wilson<br>5593 New Milford Rd.<br>Ravenna, OH 44266<br>Relationship: None | 8/05 | Rreal estate at 2610 St. Rt. 225, Deerfield and 1969 mobile home Gross receipts $15,000.00. Explanation of disposition of proceeds attached |
| Mike Weisel<br>9044 Cabelin Rd.<br>Diamond, Ohio<br>Relationship: None | 12/05 | 1987 19 foot Citation boat Received $2,000.00 |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None 

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.- ver. 4.0.0-655 - 30841

Corey Litsinger                              STRT 225
To Sterling E. Wilson, in the amount
of $15,000. Their was a Judgement lean
on it for $3695.69. The Past due
tax was $211.52 that was from
01-01-05 - 08-08-05. He Paid Three
house Payments in the amount of
$1,000.00 each. Three child support
Payments in the amount of $1,000.00
each. $2,000.00 went to Less Howe
to pay back money borrowed to
Pay Past due bills. $1,000.00 went
To Zelma Sarrace to Pay back
money borrowed to pay Past
due bills. He Payed approved State
wide title agency 1513.57 to do
the paper work, title search, and the
Sell of the Property. $82.24 went
to pay the electric bill for rental 10039
Newton falls Rd. Then $450.00 went
to pay the electric bill in his house.

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Mike Weisel Diamond, OH | 2 head of cattle fmv . unknown | Petitioner's residence |

**15. Prior address of debtor**

None ☒ If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., - ver. 4.0.0-655 - 30841

Bankruptcy2005 © 1991-2005, New Hope Software, Inc.- ver. 4.0.0-655 - 30841

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Princeton Construction | Social security no. | 6570 McClintocksburg Rd. Paris Twsp., OH | Sole proprietorship construction business | 1987-present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

\*    \*    \*    \*    \*    \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 1/6/05 | Signature of Debtor | /s/ Corey Donald Litsinger |
|---|---|---|---|
| | | | COREY DONALD LITSINGER |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x

Signature of Bankruptcy Petition Preparer

Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

In re  Corey Donald Litsinger
_____
                Debtor(s)

Case Number: _____
                (If known)

Check the box as directed in Parts II, Line 14 of this statement:
- ☐ **The applicable commitment period is 3 years.**
- ☑ **The applicable commitment period is 5 years.**
- ☑ **Disposable income is determined under § 1325(b)(3)**
- ☐ **Disposable income not determined under § 1325(b)(3)**

(Check the boxes as directed in Lines 17 and 23 of this statement.)

# STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
## FOR USE IN CHAPTER 13

In addition to Schedule I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. REPORT OF INCOME

| | | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. <br> a. ☑ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** <br> b. ☐ Married. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 2-10.** <br> All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | | $ 0.00 | $ N.A. |
| 3 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference on Line 3. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | | $ 4,244.89 | $ N.A. |
| | | a. | Gross receipts | $ 9,478.00 | |
| | | b. | Ordinary and necessary business expenses | $ 5,233.11 | |
| | | c. | Business Income | Subtract Line b from Line a | |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | | $ 0.00 | $ N.A. |
| | | a. | Gross receipts | $ 0.00 | |
| | | b. | Ordinary and necessary operating expenses | $ 0.00 | |
| | | c. | Rental Income | Subtract Line b from Line a | |
| 5 | **Interest, dividends and royalties.** | | | $ 0.00 | $ N.A. |
| 6 | **Pension and retirement income.** | | | $ 0.00 | $ N.A. |
| 7 | **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include contributions from the debtor's spouse. | | | $ 0.00 | $ N.A. |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ N.A. | | | $ 0.00 | N.A. |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | $ 0.00 | $ N.A. |
| | | a. | | $ 0.00 | |
| | | b. | | $ 0.00 | |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $ 4,244.89 | $ N.A. |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | | 4,244.89 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

## Part II. APPLICATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the Amount form Line11. | $ | 4,244.89 |
|---|---|---|---|
| 13 | **Marital Adjustment**.  If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under §1325(b)(4) does not require inclusion of the income of your spouse, enter the amount of the income listed in Line 10, Column B that was NOT regularly contributed to the household expenses of you or your dependents.  Otherwise, enter zero. | $ | 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ | 4,244.89 |
| 15 | **Annualized current monthly income for §1325(b)(4).**  Multiply the amount from Line 14 by the number 12 and enter the result. | $ | 50,938.68 |
| 16 | **Applicable median family income.**   Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: ___Ohio___          b. Enter debtor's household size: ___1___ | $ | 36,109.00 |
| 17 | **Application of §1325(b)(4).**  Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 15 is less than or equal to the amount on Line 16.**  Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts III,IV, V or VI.**<br><br>☑ **The amount on Line 15 is more than the amount on Line 16.**  Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with Part III of this statement. | | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE

| 18 | Enter the Amount form Line11. | $ | 4,244.89 |
|---|---|---|---|
| 19 | **Marital Adjustment.**  If you are married, but are not filing jointly with your spouse, enter the amount of income listed in Line 10, Column B that was NOT regularly contributed to the household expenses of you or your dependents.  If you are unmarried or married and filing jointly with your spouse, enter zero. | $ | 0.00 |
| 20 | **Current monthly income for §1325(b)(3).**  Subtract Line 19 from Line 18 and enter the result. | $ | 4,244.89 |
| 21 | **Annualized current monthly income for §1325(b)(3).**  Multiply the amount from Line 20 by the number 12 and enter the result. | | 50,938.68 |
| 22 | **Applicable median family income.**   Enter the amount from Line 16. | $ | 36,109.00 |
| 23 | **Application of §1325(b)(4).**  Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable Income is determined under §1325(b)(3)." at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.**  Check the box for " Disposable Income is not determined under §1325(b)(3)" at the top of page 1 of this statement and continue with Part VII of this statement.  **Do not complete Parts IV, V or VI.** | | |

## Part IV. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

### Subpart A: Deductions under Standards of the Internal Revenue Service

| 24 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.**  Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 691.00 |
|---|---|---|---|
| 25A | **Local Standards: housing and utilities; non-mortgage expenses**  Enter amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | 348.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

| | | | | | |
|---|---|---|---|---|---|
| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or form the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** <br> PORTAGE COUNTY | | | | |
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ 697.00 | | |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ 811.00 | | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a | $ 0.00 | |

| | | |
|---|---|---|
| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: <br><br> _____ <br> _____ <br> _____ | $ 0.00 |

| | | |
|---|---|---|
| 27 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. CLEVELAND <br><br> Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0 ☐ 1 ☑ 2 or more <br><br> Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ 387.00 |

| | | | | |
|---|---|---|---|---|
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Enter the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1 ☑ 2 or more. <br><br> Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, First Car. (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 38 subtract Line b from Line a and enter the result in Line 19. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs, First Car | $ 475.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 38 | $ 400.00 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ 75.00 |

| | | | | |
|---|---|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 20 <br><br> Enter, in Line a below, the amount from IRS Transportation Standards, Ownership Costs, Second Car. (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). Enter in Line b the total of that Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 38 subtract Line b from Line a and enter the result in Line 20. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ 338.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 38 | $ 0.00 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | 338.00 |

| | | |
|---|---|---|
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self em-ployment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales** | $ 200.00 |

| | | |
|---|---|---|
| 31 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $ 0.00 |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

| 32 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums on your dependents, for whole life or for any other form of insurance.** | $ | 0.00 |
|---|---|---|---|
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 49.** | $ | 724.22 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | 0.00 |
| 35 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. Do not include payments made for children's education. | $ | 0.00 |
| 36 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 39.** | $ | 0.00 |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or internet services necessary for the health and welfare of you or your dependents. **Do not include any amount previously deducted.** | $ | 67.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ | 2,830.22 |

<br>

| | **Subpart B: Additional Expense Deductions under § 707(b)**<br>**Note: Do not include any expenses that you have listed in Lines 24-37** | | |
|---|---|---|---|
| 39 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. | | |

| | | | |
|---|---|---|---|
| | a. Health Insurance | $ 97.00 | |
| | b. Disability Insurance | $ 0.00 | |
| | c. Health Savings Account | $ 0.00 | |
| | | Total: Add Lines a, b and c | $ 97.00 |

| 40 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ | 0.00 |
|---|---|---|---|
| 41 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | $ | 0.00 |
| 42 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ | 0.00 |
| 43 | **Education expenses for dependent children under 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with docu-mentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | 0.00 |
| 44 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ | 25.00 |
| 45 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ | 0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ | 122.00 |

Bankruptcy 2005 ©1991-2005  New Hope Software, Inc. - ver 4.0.0-655 - 30834

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

## Subpart C: Deductions for Debt Payment

| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. **Do not include items you have previously deducted, such as insurance and taxes.** | | | |
|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt | 60-month Average Payment |
| | a. | Bank of NY for Equicredit | House | $ 811.00 |
| | b. | John Reinhardt | Truck lease | $ 400.00 |
| | c. | | | $ 0.00 |
| | | | | Total: Add Lines a, b and c |

$ 1,211.00

| 48 | **Past due payments on secured claims.** If any of the debts listed in Line 38 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page. | | | |
|---|---|---|---|---|
| | | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure |
| | a. | Bank of NY for Equicredit | House | $ 266.66 |
| | b. | | | $ 0.00 |
| | c. | | | $ 0.00 |
| | | | | Total: Add Lines a, b and c |

$ 266.66

| 49 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $ 277.85 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | | |
|---|---|---|---|
| | a. | Projected average monthly Chapter 13 plan payment. | $ 1,056.00 |
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 8.8 % |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$ 92.93

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ 1,848.44 |
|---|---|---|

### Subpart D: Total Deductions Allowed under § 707(b)(2)

| 52 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 38, 46, and 51. | $ 4,800.66 |
|---|---|---|

## Part VI. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)

| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ 4,244.89 |
|---|---|---|
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, included in Line 7, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ 0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly average of (a) all contributions or wage deductions made to qualified retirement plans, as specified in § 541(b)(7) and (b) all repayments of loans from retirement plans, as specified in § 362(b)(19). | $ 0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ 4,800.66 |
| 57 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, and 56 and enter the result. | $ 4,800.66 |
| 58 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 57 from Line 53 and enter the result. | $ -555.77 |

## Part VI: ADDITIONAL EXPENSE CLAIMS

**Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.

**59**

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ 0.00 |
| b. | | $ 0.00 |
| c. | | $ 0.00 |
| | Total: Add Lines a, b and c | $ 0.00 |

## Part VII: VERIFICATION

**60**

I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*

Date: 1/6/05        Signature: /s/ Corey Donald Litsinger
                                    (Debtor)

Date:               Signature:
                                    (Joint Debtor, if any)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc. - ver. 4.0.0-655 - 30841

# Form 22 Continuation Sheet

| Income Month 1 | | | Income Month 2 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 4,244.89 | 0.00 | Income from business... | 4,244.89 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 3 | | | Income Month 4 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 4,244.89 | 0.00 | Income from business... | 4,244.89 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

| Income Month 5 | | | Income Month 6 | | |
|---|---|---|---|---|---|
| Gross wages, salary, tips... | 0.00 | 0.00 | Gross wages, salary, tips... | 0.00 | 0.00 |
| Income from business... | 4,244.89 | 0.00 | Income from business... | 4,244.89 | 0.00 |
| Rents and real property income... | 0.00 | 0.00 | Rents and real property income... | 0.00 | 0.00 |
| Interest, dividends... | 0.00 | 0.00 | Interest, dividends... | 0.00 | 0.00 |
| Pension, retirement... | 0.00 | 0.00 | Pension, retirement... | 0.00 | 0.00 |
| Contributions to HH Exp... | 0.00 | 0.00 | Contributions to HH Exp... | 0.00 | 0.00 |
| Other Income... | 0.00 | 0.00 | Other Income... | 0.00 | 0.00 |

## Additional Items as Designated, if any

## Remarks

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 4.0.0-655 - 30841

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re:

Corey Donald Litsinger

Case No.
Chapter 13

Debtor(s)

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $2,000.00

2. Prior to the commencement of the case I was paid $600.00

3. The source of the compensation paid, or to be paid to me was the debtor.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date 1/6/05

/s/ Robert M. Whittington, Attorney for the Debtor
159 S. Main St., #1023 Akron, OH 44308 (330) 384 8484
elkwhitt@neo.rr.com